UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

TERRY BURLISON,

        Plaintiff,

-vs-                                  Case No.  5:05-cv-373-Oc-10GRJ

ALAN KAY, individually and as a United
States Magistrate Judge,

        Defendant.
_____

## **O R D E R**

The United States Magistrate Judge has issued a report (Doc. 5) recommending that the Plaintiff's Complaint be dismissed with prejudice. There have been no objections to the report and recommendation of the Magistrate Judge, and the time for objecting has elapsed.

Upon an independent examination of the file and upon due consideration, it is ordered that:

(1) the report and recommendation of the Magistrate Judge (Doc. 5) is adopted, confirmed and made a part hereof;

(2) the Plaintiff's Motion for Leave to Proceed In Forma Pauperis (Doc. 2) is DENIED;

(3) the Plaintiff's Complaint (Doc. 1) is DISMISSED with prejudice; and

(4) the Clerk is directed to enter judgment accordingly and to terminate any pending motions and close the file on this matter.

IT IS SO ORDERED.

DONE and ORDERED at Ocala, Florida this 6th day of December, 2005.

*[signature]*

UNITED STATES DISTRICT JUDGE

Copies to:   Counsel of Record
             *Pro Se* Plaintiff